UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

AMANDA BRADLEY,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　CAUSE NO. 3:22-CV-351 DRL-MGG

TRANS UNION, LLC & BLACKHAWK
ACQUISITION, LLC,

    Defendants.

ORDER

The parties filed a stipulation to dismiss all claims with prejudice against Trans Union, LLC, [ECF 18]. Trans Union is the only remaining defendant in this case as defendant Blackhawk Acquisition, LLC, was previously termed [ECF 17]. This stipulation is a dismissal of all claims against the sole defendant and now dismisses the entire action.

Accordingly, the court DISMISSES WITH PREJUDICE Trans Union, LLC as a party in this matter, with each side to bear their own costs and fees. This case is now terminated.

SO ORDERED.

August 22, 2022　　　　　　　　　　　　　*s/ Damon R. Leichty*
　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court